■ FRANCESCO MARZELLA et al., Appellants, v ROSALIE CU-FARI, Also Known as ROSA CUFARI, Respondent.—The appeal from the order, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about February 10, 1988, unanimously dismissed, without costs and without disbursements. Were we to reach the merits, we would have affirmed. The motion by respondent is denied as moot. No opinion. Concur—Murphy, P. J., Ross, Carro, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NINA MAIBERGER SPEARS, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on August 22, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Carro, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL VEGA, Appellant.—Judgment, Supreme Court, New York County (Eugene Nardelli, J.), rendered on October 30, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Carro, Asch and Kassal, JJ.